

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Case number:          01-13-00623-CV

Style:          *In re Texas Department of Family and*
          *Protective Services, Relator*

          Original Proceeding on Petition for Writ of Mandamus
          from *In re D.D.E., a Minor Child*, Case No.
          2012-04583-J; from the 314th District Court of Harris
          County, Texas, the Hon. John Phillips, presiding.

          On July 23, 2013, relator, Texas Department of Family and Protective
Services, filed a petition for writ of mandamus and moved for an emergency stay
of the underlying contempt order.

Relator's motion is **granted**.   The enforcement of the contempt order signed in
the underlying case is **stayed**.   The stay is effective until this mandamus
proceeding is finally decided.

          The Court further requests a response from the real party in interest.   The
response, if any, is due by **August 14, 2013.**

          It is so ORDERED.


Judge's signature: ___/s/ Jane Bland_____
                    Acting individually


Date:   July 23, 2013